# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0431
LT Case No. 2021-CA-005905

_____

CURLIE MAE BRUNSON and
ANDRE CORNELIUS TERRELL,

    Appellants,

    v.

SYMONE RENEE MANGO,

    Appellee.

_____

Nonfinal appeal from the Circuit Court for Duval County.
Waddell A. Wallace, Judge.

Bretton C. Albrecht, of Kubicki Draper, P.A., Fort Lauderdale, for
Appellants.

Michael J. Korn, of Korn & Zehmer, P.A., and Willie J. Walker, of
The Walker Law Offices, P.A., Jacksonville, for Appellee.


February 13, 2024


PER CURIAM.

    AFFIRMED.


EDWARDS, C.J., MAKAR, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____